DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

MICHAEL WELCH, SBN 111022
Michael Welch & Associates
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: 916-449-3930
Facsimile: 916-449-3930
Electronic Mail: mdwelch@mail.com

Attorney for DEFENDANTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>        PLAINTIFF,<br><br>    v.<br><br>**TOM HILLIER FORD**, as an entity and doing business as "Tom Hillier Ford", **THOMAS HILLIER**, as an individual and as Trustee for the Tom and Marjory Hillier 2007 Trust, **MARJORY HILLIER**, as an individual and as Trustee for the Tom and Marjory Hillier 2007 Trust, and DOES 1-10, inclusive,<br><br>        DEFENDANTS. | Case No.: 2:16-cv-3000-WBS-CKD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER**<br><br>[Fed. R. Civ. P. 41] |

   **IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and

attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: August 14th, 2017                              /s/Daniel Malakauskas_____
                                                      By: Daniel Malakauskas,
                                                      Attorney for Plaintiff

Dated: August 14th, 2017                              /s/Michael Welch_____
                                                      By: Michael Welch,
                                                      Attorney for Defendants

### ORDER

    **IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated:  August 14, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE